AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts _____

UNITED STATES OF AMERICA

V.

MICHAEL ARCO and
JESS SICILIANO

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 04-M-0530-RBC - 01
                                        - 02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____ November 2004 _____ in _____ Suffolk _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally conspire to distribute and possess with the intent to distribute oxycodone, a Schedule II controlled substance

in violation of Title ____ 21 ____ United States Code, Section(s) _____ 841(a)(1) and 846 _____ .

I further state that I am a(n) _____ Special Agent _____ and that this complaint is based on the following
                                        Official Title

facts:

See Affidavit of DEA Special Agent Brian Tomasetta, attached hereto, and incorporated by reference.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

12-02-2004  at 10:47 am  at _____ Boston, MA _____
Date                                        City and State

Hon. Robert B. Collings                    _____
United States Magistrate Judge             Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.